FILED

06/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0247

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| ROBERT MAFFIT, and the MONTANA INDEPENDENT LIVING PROJECT, INC., a Montana Non-Profit Corporation,<br><br>            Plaintiffs/Appellants,<br><br>v.<br><br>The CITY OF HELENA, and JOHN DOES I-XXX,<br><br>            Defendant/Appellee. | Case No.  DA 20-0247<br><br>**ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF – FIRST REQUEST** |

Upon receipt of the Appellant's Unopposed Motion for Extension of Time to File Opening Brief – First Request, and good cause shown, it is hereby ordered that the Appellant's Motion is GRANTED.  The opening brief of the Appellant shall be due on or before August 7, 2019.

_____
SUPREME COURT JUSTICE

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 15 2020